UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

| | |
|---|---|
| Sherif Mahmoud Mansour ) | Civil Action No. 04-CV-03319 |
| ) | MJD/SRN |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| G.T. Moore, Matthew St. George, and ) | |
| Brian Thureson, in their individual ) | |
| capacity, ) | |
| ) | |
| Defendants. | |

_____

Pursuant to the stipulation of dismissal filed in the above-captioned matter, the Court hereby orders that plaintiff's claims be DISMISSED WITH PREJUDICE, with each of the parties to bear its own attorneys' fees, costs, and disbursements.

IT IS SO ORDERED this 20th day of September, 2005.  Let judgment be entered accordingly.

BY THE COURT:


s / Michael J. Davis
Hon. Michael J. Davis
United States District Judge